CASE WRIT PRESSCLASIC CIVIL RIGHTS ACTION GLOBAL WITE

A. and A. FOR CHILDREN'S PLAINTIFF'S JUDERS

1  Name: SALVADOR ESTRADA MONTERO

2  Address: 439½ WITMER ST

3  L.A CA  90017

4  Phone: 213 335 9093

5  Fax:

6  In Pro Per QUI TAN DECISION

TAHL WAIVER FILED
Related DDJ
FILED
2025 FEB 20  AM11:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

10  SALVADOR ESTRADA MONTERO

11

                                    Plaintiff

12              v.

13  DONALD TRUMP AT. EL. AND DOES AGENCY'S
    OFICES DEPARMENT EMPLOYE ORG. CORP. A.B.A
14  D.A D.P L.A.P.D I.A.S.D. I.C.E ALL
    EMFORCE AGENCY AND THE NATION
15  OUTSIDE EMPLOYE AND

                                    Defendant(s).

16  SUMMONS

CASE NUMBER:

2:25-CV-01422-DOC-JDE

WRIT PROCLAIM FOR VIOLATION OUR
CONTITUTIONAL HUMANS AND NATURAL
SOURCES RIGHT THIS IS FAMILIAR DEMOCRAT
AND REPUBLICAN FOR COMMON LAW WITH REPRESENT
IT'S TANGIBLE, INTANGIBLE, FRAUDULENT, VIOLENT
CRIMINOLOGY SOCIOLOGYCAL JURISPRUDENCE
UNDER JURISPRUDENCE QUI TAN CONDUCT AFFAIR
PENAL PENALTY INTEREST  "WITE"
(Enter document title in the space provided above)

16        DIRECT THE CONDUCT OF IT'S AFFEIRS MISCONDUCT CLERICAL ERROR

17  QUI TAN DECISION CONDUCT AFFAIRS DOUBLE JEOPARDY INDICIPLYNARY ACTION

18  INTERNATIONAL LAW, INTERNATIONAL HUMANITARIAN LAW, PUBLIC LAW,

19  ALIAS WRIT, JUDICIAL WRIT, CLERICAL ERROR, PER CURIAM DECISION, WRIT

20  ERRORNEOUSNESS WITH SERRIOUSNESS VIOLATION AND HIGH LEVEL INSTANTANEOUS

21  NESS AGAINST VIOLATION THE INVISIBLE DOTRINE DISCREET ORGANIZATION

22  DELIQUENT SILENT CRIMINAL BOTH DEMOCRAT AND REDUBLICAN FOR THE "WITE"

23  COMMON LAW AND AGRARIA REFORM AND THE RULE WITH APPLY AND THE

24  NATION IT'S UNCONSTITUTIONAL HINUMANE ALL BE ILLEGAL ACCLAIMS FALSE FILED

25  ALTERATION DOCUMENT FALSE PAPER BAD CONDUCT MISCONDUCT ACTED WITH A NELIGENT

26  INCOPETENT DISHONESTY BAD PRATIC IN THE LAW CORRUPTING INSTANTANEOUSNE

27  AGAINST VIOLATION OUR BASE CONCRETE FUNDAMENT FOR PLANIFICATION OUR

28  CONSTITUTIONAL HUMANS AND NATURAL SOURCES THIS IS FAMILIAR

CV-127 (09/09)   CASE WRIT—PLEADING PAGE FOR A SUBSEQUENT DOCUMENT    DOUBLE JEOPARDY ZERO TOLERANCE
WRIT PROCEEDING EXTRAUDICIAL CHARGES ORDENRED  DOUBLE UEOPARDY  PENAL PENALTY INTEREST
TANGIBLE INTANGIBLE FRAUDULENT VIOLENT CRIMINAL

CASE WRIT PRESSCLASIC CIVIL RIGHTS ACTION GLOBAL "WITE"

1. WITH PERFECT IMPACT POSITIVE EDUCATIVE GLOBAL ETERNAL AND THE
2. REAL LEGAL JUSTICE WITH JURIDITION WITH THE CONSTITUTION FOR OUR HUMANS
3. AND NATURAL RESOURCE AND SOURCE RIGHTS THIS IS FAMILIAR THE GENERATION TO
4. GENERATION TO CAME DEMOCRAT AND REPUBLICAN BOTH REPRESENT A COMMON
5. LAW INSTANTANEOUSNESS AGAINST VIOLATION AND HIGH LEVEL TO ALL PLAINTIFFS OUR GENERATION
6. BASE CONCRETE FUNDAMENT AND PLANIFICATION OUR CONSTITUTION FOR ALL
7. AND NATURAL SOURCES THIS IS FAMILIAR AND DO MULTIPLES OFENSES, MULTIPLES
8. CRIMEN MULTIPLES, FELONY'S, MULTIPLES FRAUD, MULTIPLES ROBETY, WRIT INDICTMENT, INSUBORDINATIO
9. INSUBORDINATE, BRIBE, EXTORTION, CONPIRATION, ACTED WITH NELIGENT, INCOPETENT, FALSE DOLLAR
10. DISHONESTY, ALTERATION DOCUMENT FOR COMMON LAW INSTANTANEOUSNESS FALSE DOLLAR
11. FALSE ELECTION, FRAUD REAL STATE, FALSE TITLE, FALSE POLICYS, STOLEN DEALER,
12. FALSE LICENSED, FALSE MARRY'S, FALSE FILED, BE ALL ILLIGAL ACCLAIMS, FALSED FILE
13. INDENTIFY THEFT, IMFORMATION THEFT, BAD SUPERVISE BAD CONDUCT MISCONDUCT
14. CONDUCT AFFAIRS, BAD PRATIC IN THE LAW, CORRUPTING, QUI TAN DECISION
15. CONDUCT AFFAIRS COMMON HERITAGE MANKIND LAW THE PARTS OF ALL HUMANITY
16. WITHOUT REGARD FOR GEOGRAPHIC, LOCATION AND THAT SHOULD BE PROTECTED AND ADMINISTERED
17. FOR IT'S BENEFIT THE TERM EMBRACE THE OCEAN AND THE FLOOR IT'S SUBSOIL AND
18. OUTER SPACE, "A. and A. FOR CHILDREN'S" PLAINTIFF'S ILDERS PER CURIAM DECISI
19. (SOCIOLOGYCAL JURISPRUDENCE UNDER JURISPRUDENCE) ETHNOLOGYCAL JURISPRUDENCE,
20. CRIMINOLOGY, ALL PLAINTIFFS WE BE BANKRUPCY FRAUD UNDER FRAUD OFENSES
21. CRIMINAL — CRIMINOLOGY INSTANTANEOUSNESS FOR DEMOCRAT AND REPUBLICAN
22. I DIALOGUE INSTANTANEOUSNESS DO TO PSYCHOLOGYCAL DAMEGE IRREVERSBLE TO OUR
23. LOVED ONE AND PLAINTIFFS ILDERS EDUCATION EXPLOITIVE LICENSED TO ALL
24. GENERATION TO GENERATION TO CAME THE LAW OF NATIONS QUI TAN
25. DECISION OUR BASE CONCRETE FUNDAMENT WITH THE REAL LEGAL
26. JUSTICE WITH JURIDITION WITH OUR CONSTITUTIONAL RIGHTS GIVE TO
27. ALL GENERATIONS WITH SUPPORT AND THE REAL LEGAL JUSTICE WITH
28. JURIDITION FUNDAMENTAL ATTRIBUTION INTERNATIONAL TERRITORY LAW —

CASE WRIT PROCEDURE - CIVIL RIGHTS ACTION GLOBAL WITE

1  FOR ALL PEOPLES WITH STRONG SUPPORT REAL LEGAL FOR HUMANS RIGHTS
2  THE JUSTICE WITH JURIDITION AND THE CONSTITUTION GIVE TO ALL
3  PEOPLE THE OWN HOUSE THAT IT'S FAIR FOR ALL GENERATION TO
4  GENERATION TO CAME HELPFUL with CONSTRIBUTIONS FOR OWN HOUSE REAL
5  LEGAL AND WE PAY ONLY CONSTRIBUTION FOR LIFE IN THE LIMB THAT IT'S FAIR
6  DEMOCRAT AND REPUBLICAN IT'S TANGIBLE INTANGIBLE FRAUDULENT
7  VIOLENT CRIMINAL  INSTANTANEOUSNESS AGAINST VIOLATION FOR
8  COMMON LAW. ALTERATION DOCUMENT FALSE PAPER FALSE GREEN CARD FOR
9  FALSE LICENSE FALSE POLICES I DIALOGUE INSTANTANEOUSNESS ALL BABY
10  OFFSPRING FOR COMMON LAW BE ALL UNBORN ——  THAT IT'S
11  CRIMINOLOGY (SOCIOLOGYCAL JURISPRUDENCE UNDER JURISPRUDENCE)
12  ETHNOLOGYCAL JURISPRUDENCE, RIGHT HONORABLE A. and A. FOR
13  CHILDREN'S PEERS CHIDRENS WHO HAS COURTESY TITLE RATHER THAN
14  STRICTLY ACORDING TO THE RULE OF LAW OR AN UNDULY TECHNICAL
15  INTERPETRATION OF CONTRACTUAL LANGUAGE BREACH OF
16  CONFIDENTIALITY PROTETION TO ALL PEOPLE IN NATIONS QUI
17  TAN DECISION CONDUCT AFFAIRS (DE JURE BELLI AC PACIS) "WITE"
18  QUI· TAN DECISION CONDUCT AFFAIRS —— STOP STOP CONDUCT
19  POLICY IT'S ONLY ONE IN THE REAL LEGAL JUSTICE
20  WITH JURIDITION AND OUR CONSTITUTIONAL HUMANS AND
21  NATURAL RESOURCE OR SOURCES RIGHTS THIS IS FAMILIAR
22  BECAUSE ALL CONTRIBUTION AND THE NATIONS GOES TO THE
23  JUSTICE POLICY THAT IT'S FAIR FOR ALL GENERATION TO
24  GENERATION CAME FALSES POLICIES ETHICAL VIOLATION
25  THE JUSTICE RETURN. ALL MONEY FOR THE FRAUDULENT
26  REPRESENT WITH DO DEMOCRAT AND REPUBLICAN FOR ALL
27  POLICES QUI TAN DESISION CONDUCT AFFAIRS CLERICAL ERROR
28  RES Salvador E Montero    CONFLICT OF INTEREST (ALIAS WRIT) FRAUD

CV-127 (09/09)  CASE WRIT — PLEADING PAGE FOR A SUBSEQUENT DOCUMENT
WRIT PROCEEDING EXTRAJUDICIAL CHARGES ORDENRED DOUBLE JEOPARDY ZERO TOLERANCE
TANGIBLE INTANGIBLE FRAUDULENT VIOLENT CRIMINAL PENAL PENALTY INTEREST

1. THEFT STEALING FROM A COMPANY OR ANOTHER PERSON JUDICIAL

2. WRIT THE SEVERITY OF THE VIOLATION AND THE INTENT TO VIOLATE

3. THE LAW DETERMINE THE PENALTY PENAL INTEREST RELATED CONCEPTS

4. UNETHICAL BEHAVIOR IS FAILING TO DO THE RIGHT THING MORAL

5. VIOLATION IS BEHAVING AGAINST SOCIAL NORM. DEMOCRAT AND REPUBLICAN

6. BOTH REPRESENT COMMON LAW SEND TO THEM UNIFORM CODE MILITARY

7. JUSTICE TO ARREST BECAUSE GIVE YOUR RESPONSABILITY THEY BE

8. FUJITIVE FOR CUSTODY INSTANTANEOUSNESS THEY MAKE TRANS PASSING

9. THE BUILDINGS OR NATION FOR COMMON LAW WITH THEY REPRESENT ALL AS WRIT

10. JUDICIAL WRIT CLERICAL ERROR QUI TAN DECISION DIRECT THE CONDUCT OF

11. IT'S AFFAIRS FRAUD REAL STATE, FALSE TITLE, FALSE LICENSED, FALSE POLICIES

12. PROFESIONAL CODE MISCONDUCT, UNCONSTITUTIONAL HINUMANE ALL BE ILLEGAL AND

13. THE ORGANIZATIONS FOR HOUSING SECTION 8 AND ANOTHER PROGRAM TAKE OUT THAT

14. IT'S UNCONSTITUTIONAL HINUMANE ILLEGAL IN THE REAL LEGAL JUSTICE WITH

15. JURIDITION GIVE THE FAIR PROTECTION LEGAL REAL LIKE HUMANS LIFE IN THE LIMB

16. THE OWN NORMAL HOUSE LEGAL AND OWNERS PAY CONTRIBUTION ONLY EVRE

17. YEARS AND ONLY ONE BILL FOR UTILITY FROM THE HOUSE (QUI TAN DECISION

18. DIRECT THE CONDUCT OF IT'S AFFAIRS DOUBLE JEOPARDY DEMOCRAT AND REPUBLICAN

19. MAKE MULTIPLES BIG BUSINESS FRAUDULENT REAL STATE STOLEN DEALER FALSE POLICIES

20. FALSE TITLE FALSE LICENSED FALSE ELECTION FALSE MARRY'S FALSE DOLLAR

21. BRIBERY, EXTORTION, CONPIRATION, EXPIONAGE, BAD CONDUCT MISCONDUCT

22. BAD PRATIC IN THE LAW FALSE RULE CORRUPTING INSTANTANEOUSNESS

23. FOR COMMON LAW DEMOCRAT AND REPUBLICAN WITH REPRESENT WHAT MAKE

24. I DIALOGUE INSTANTANEOUSNESS MAKE PSYCHOLOGYCAL DAMEGE IRREVERSIBLE TO

25. OUR LOVED ONE PLAINTIFF'S ILDERS EDUCATION EXPLOITIVE TO ALL GENERATION

26. TO GENERATION TO CAME PENAL, PENALTY INTERES FOR VIOLATING ETHICS LAWS

27. CAN BE CIVIL CRIMINAL OR JUDICIAL WRIT ADMINISTRATIVE QUI TAN DECISION

28. DIRECT THE CONDUCT OF IT'S AFFAIRS (ALIAS WRIT )(JUDICIAL WRIT)

CV-127 (09/09)   CASE WRIT— PLEADING PAGE FOR A SUBSEQUENT DOCUMENT DOUBLE JEOPARDY ZERO TOLERANCE
WRIT PROCEEDING EXTRAJUDITIAL CHARGES ORDENRED DOUBLE JEOPARDY INTEREST
TANGIBLE INTANGIBLE FRAUDULENT VIOLENT PENAL PENALTY INTEREST

1. (CLERICAL ERROR) (OPINION JURIS) FUNDAMENTAL ATTRIBUTING ERROR
2. (DIRECT THE CONDUCT OF IT'S AFFAIRS) UNBORN GENERATION NOT YET
3. BORN YET TO CAME FUTURE COMMON LAW UNBORN BABY EXISTING WITHOUT
4. BORN OR BEGINNING (IUS GENTIUM) (OR IUS NATURALE) CHILD NEGLECT
5. THE FAILURE OF A PERSON RESPONSIBLE FOR MINOR TO CARE FOR THE MINORS
6. EMOTIONAL OR PHYSICAL NEED CHILD NEGLECT IS A FORM CHILD ABUSE CRIMINAL CHARGES
7. INSTANTANEOUSNESS AGAINST VIOLATION A PERSON SUSPETED CHILD NEGLECT
8. INEXCUSABLE NEGLECT COMMON ERROR COPYRIGHT A MISTAKE FOUNG BOTH IN A
9. COPYRIGHTED WORK AND ALLEPEDLY INFRINGING WORK THE MISTAKE BYNG
10. PERSUASIVE EVIDENCE OF UNAUTHORIZED COPYRIGHT
11. DEMOCRAT AND REPUBLICAN AND THE SENATE FOR THE REPRESENT COMMON LAW
12. WITH AGRARIA REFORM AND A RULE WITH APPLY IN THE NATION BOTH
13. INSTANTANEOUSNESS AGAINST VIOLATION OUR BASE CONCRETE FUNDAMENT
14. FOR PLANIFICATION OUR CONSTITUTIONAL HUMANS AND NATURAL RESOURCES
15. AND SOURCE RIGHTS THIS IT'S FAMILIAR IN THE JUSTICE WITH JURIDITION
16. PERFECT WITH IMPACT POSITIVE EDUCATIVE GLOBAL ETERNAL " WITE "
17. DEMOCRAT AND REPUBLICAN INSTANTANEOUSNESS DO CRIMINOLOGY,
18. SOCIOLOGYCAL JURISPRUDENCE UNDER JURISPRUDENCE)
19. ETHNOLOGYCAL JURISPRUDENCE)
20. ANTHRODOLOGYCAL JURISPRUDENCE)
21.         ZERO TOLERANCE " TAHL WAIVER FILED "
22.     ACTION DUE TO THE FLAG
23.   FOR SENATE
24.   MONEY DEMANDED IN COMPLAINT $1,000.000 TRILLION
25. I DON'T AGREE WITH " I.C.E " FOR SEPARETION AND DEPORTATION
26. FAMILYS THAT IT'S UNCONSTITUTIONAL HINUMANE ILLEGAL WITHOUT THE
27. JUSTICE WITH JURIDITION IT'S CRIMINAL STOP STOP LET FREEDOM KNOW
28. RE: Salvador E Montero                    2-20-25

**5**

Page Number

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## Notification of Disposition

### Incident Details

Incident ID
23-33-00007

Dept Made Aware On
08/13/2023

Inmate
MONTERO, SALVADOR #6635479

Handling Unit
PDC North Inmate Services

### Category

Category
Chaplain

Synopsis
*Christian Bible in Spanish.*

### Incident Disposition

Relief
Granted in Part

Narrative
referred to RVS

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## Notification of Disposition

## Incident Details

Incident ID
23-31-00434

Dept Made Aware On
07/25/2023

Inmate
MONTERO, SALVADOR #6635479

Handling Unit
North Grievance Team

## Category

Category
Charge(s)

Synopsis
*Inmate is requesting information about his charges*

## Incident Disposition

Relief
Granted in Part

Narrative
Sgt Muralles and Sgt Lovelace spoke to inmate Montero, and he stated over and over again that he needed to speak with the government. Inmate was advised he has court tomorrow (August 2nd, 2023), and he can speak to the judge about his case.

## Los Angeles County
### TTCF High Observation Housing Menu

| | Item # | Description | Qty Limit | Price |
|---|---|---|---|---|
| **Drinks** | 2198 | Swiss Miss 9 oz. K ♥ | 1 | $4.45 |
| | 3044 | Hawaiian Punch SF Lemon Berry (Box) | 1 | $4.95 |
| | 3038 | Hawaiian Punch SF Berry Blue (Box) | 1 | $4.95 |
| **Soup** | 6013 | Cajun Chicken Ramen 3 oz. | 5 | $1.60 |
| | 6016 | Lime w/Shrimp Chili Ramen 3 oz. | 5 | $1.60 |
| | 6018 | Texas Beef Ramen 3 oz. | 5 | $1.60 |
| | 6026 | Chili Ramen 3 oz. | 5 | $1.60 |
| | 6046 | Chicken Ramen 3 oz. | 5 | $1.60 |
| | 6048 | Beef Ramen 3 oz. | 5 | $1.60 |
| | 6052 | Hot n Spicy Veg Ramen 3 oz. | 5 | $1.60 |
| | 6053 | Cajun Shrimp Ramen 3 oz. | 5 | $1.60 |
| **Food Items** | 2615 | BC Beef & Chicken Summer Sausage 1.625 | 3 | $2.75 |
| | 2664 | Macaroni and Cheese 3 oz. K | 5 | $3.20 |
| | 2666 | Velveeta Cheesy Rice 2 oz. K ♥ | 5 | $2.08 |
| | 2667 | Velveeta Spicy Cheese Rice 2 oz. K ♥ | 5 | $2.06 |
| | 2668 | Velveeta Cheesy Refried Beans 4 oz. K | 5 | $2.80 |
| | 2669 | Spicy Velveeta Refried Beans 4 oz. K | 5 | $2.93 |
| | 2670 | Spicy Velveeta Refried Beans & Rice 4 oz. K | 5 | $3.03 |
| | 3559 | Sliced Pepperoni 3.5 oz. | 3 | $4.71 |
| | 3584 | BC Beef Summer Sausage Hot 5 oz. | 3 | $6.95 |
| | 6047 | Spicy Refried Beans 8 oz. ♥ | 5 | $3.26 |
| | 6174 | Chili w/Beans (Hot) 11.25 oz. | 3 | $8.82 |
| | 6176 | Beef Stew 11.25 oz. | 3 | $7.50 |
| | 6195 | Chunk Chicken 4.5 oz. ♥ | 5 | $7.22 |
| | 6600 | Flour Tortillas 8 oz. K ♥ | 5 | $5.82 |
| | 6673 | Thai Noodles 3.7 oz. | 5 | $3.03 |
| **Seafood Items** | 6178 | FC Fillet of Mackerel 3.53 oz. K ♥ | 5 | $5.81 |
| | 6181 | FC Sardines in Hot Tomato Sauce 3.53 oz. K | 5 | $2.89 |
| | 6189 | FC Fish Steaks in Spicy Mustard 3.53 oz. K | 5 | $3.14 |
| | 6190 | FC Fish Steaks in Green Chilies 3.53 oz. K | 5 | $3.27 |
| | 6721 | FC Fish Steaks in Louisiana Hot 3.53 oz. K | 5 | $3.01 |
| | 6826 | FC Chunk Light Tuna 4.23 oz. K ♥ | 5 | $8.23 |
| **Snacks** | 3110 | Keebler Club Crackers 12.5 oz. ♥ | 3 | $9.95 |
| | 3161 | Saltine Crackers 4 oz. K | 3 | $3.66 |
| | 3219 | Austin Cheese - Cheese Cracker | 5 | $1.14 |
| | 3222 | Austin Peanut Butter - Toasted Cracker | 5 | $1.14 |
| | 3223 | Austin Peanut Butter - Cheese Cracker | 5 | $1.14 |
| | 6214 | Sunflower Kernels Bag 3.25 oz. | 5 | $2.42 |
| | 6217 | Tropical Blend 4 oz. | 5 | $3.44 |
| | 6220 | Chili Picante Cornuts 1.4 oz. | 5 | $1.29 |
| | 6500 | Hot Pickle 9.6 oz. K ♥ | 3 | $1.91 |
| | 6501 | Mild Pickle 9.6 oz. K ♥ | 3 | $1.80 |
| | 6606 | Salted Peanuts 1.75 oz. K | 5 | $1.43 |
| | 6607 | Hot Peanuts 1.75 oz. K | 5 | $1.64 |
| **Breakfast** | 2437 | Quaker Regular Oatmeal SS K ♥ | 5 | $0.75 |
| | 2438 | Quaker Maple Brown Sugar - SS ♥ | 5 | $0.81 |
| | 3193 | Kellogg Strawberry Poptart 2 pack | 10 | $1.80 |
| | 6540 | Strawberry Cereal Bar 1.3 oz. K | 5 | $0.68 |
| **Men** | 4759 | Men's Shorts Medium | 1 | $14.95 |
| | 4760 | Men's Shorts Large | 1 | $14.95 |
| | 4761 | Men's Shorts XL | 1 | $14.95 |
| | 4762 | Men's Shorts 2XL | 1 | $14.95 |
| | 4763 | Men's Shorts 3XL | 1 | $14.95 |
| **Eye Glasses** | 5273 | Clear Reading Glasses 1.25 * | 1 | $11.92 |
| | 5274 | Clear Reading Glasses 1.50 * | 1 | $11.92 |
| | 5275 | Clear Reading Glasses 1.75 * | 1 | $11.92 |
| | 5276 | Clear Reading Glasses 2.00 * | 1 | $11.92 |
| | 5277 | Clear Reading Glasses 2.25 * | 1 | $11.92 |
| | 5278 | Clear Reading Glasses 2.50 * | 1 | $11.92 |
| **Condiments** | 2091 | 10 pack Sugar Substitute K | 3 | $0.60 |
| | 2217 | Sweet Mate Pink Packet | 5 | $0.06 |
| | 3535 | Velveeta Jalapeno Cheese 2 oz. | 5 | $2.01 |
| | 3536 | Velveeta Cheddar Cheese 2 oz. | 5 | $2.00 |
| | 6262 | Squeeze-Ums Mayonnaise 12 pack K | 5 | $3.96 |
| | 6263 | Squeeze-Ums Mustard 12 pack K ♥ | 5 | $2.37 |
| | 6412 | SS Grape Jelly K | 5 | $0.44 |
| | 6507 | Jalapeno Pepper Slices 1 oz. ♥ | 5 | $1.22 |
| | 6518 | Pepper Single Serve | 5 | $0.06 |
| | 6519 | Salt Single Serve | 5 | $0.06 |

| | Item # | Description | Qty Limit | Price |
|---|---|---|---|---|
| **Cookies and Pastries** | 2594 | Dolly Madison Chocolate Cupcakes 3.17 oz. | 5 | $2.31 |
| | 3010 | Chocolate Chip Cookie 2.75 oz. ♥ | 3 | $2.34 |
| | 3015 | Oatmeal Raisin Cookie 2.75 oz. ♥ | 3 | $2.34 |
| | 3020 | Nabisco Oreo Sandwich Cookie 2.4oz K ♥ | 5 | $2.46 |
| | 3030 | Vanilla Cremes 6 oz. ♥ | 6 | $4.10 |
| | 3031 | Orange Pineapple Cremes 6 oz. ♥ | 6 | $3.60 |
| | 3035 | Chocolate Chip Cookie 6 oz. | 6 | $4.62 |
| | 3040 | Iced Oatmeal Cookie 6 oz. | 6 | $4.62 |
| | 3045 | Duplex Cremes 6 oz. ♥ | 6 | $4.10 |
| | 3083 | Strawberry Cremes 14 oz. ♥ | 3 | $7.95 |
| | 3199 | Little Debbie Brownie 2.2 oz. | 3 | $1.10 |
| | 3200 | Banana Deluxe Moon Pie 2.75 oz. | 5 | $1.28 |
| | 3230 | PB Wafers 2 pack | 5 | $0.97 |
| | 3236 | Swiss Rolls 2 pack K | 3 | $1.54 |
| | 3245 | Dunkin Sticks (Each) | 5 | $1.56 |
| | 3274 | Monster Iced Bun 6 oz. | 5 | $2.70 |
| **Chips** | 4399 | Hot & Spicy Pork Cracklings 2.375 oz. ♥ | 5 | $3.10 |
| | 4402 | Salsa Tortilla Chips 3 oz. | 5 | $2.37 |
| | 4403 | Guaca Chips 3 oz. ♥ | 5 | $2.37 |
| | 6079 | Whole Shabang Chips 1.5 oz. K ♥ | 5 | $1.60 |
| | 6100 | Regular Chips 1.5 oz. K ♥ | 5 | $1.60 |
| | 6101 | Stuffed Jalapeno Chips 6 oz. ♥ | 2 | $5.50 |
| | 6105 | Barbecue Potato Chips 1.5 oz. K ♥ | 5 | $1.60 |
| | 6116 | Cheese Puffs 2 oz. ♥ | 5 | $1.50 |
| | 6117 | Cheese Crunch 11 oz. K ♥ | 2 | $6.95 |
| | 6125 | Hot BBQ Chips 1.5 oz. K ♥ | 5 | $1.60 |
| | 6126 | Sour Cream & Onion Potato Chips 1.5 oz. K | 5 | $1.60 |
| | 6127 | Hot & Spicy Pork Rinds 2 oz. ♥ | 2 | $2.85 |
| | 6150 | Nacho Cheese Tortilla Chips 10 oz. K ♥ | 2 | $6.95 |
| | 6159 | Frito Lay Flaming Hot Cheetos 1.75 oz. | 5 | $1.25 |
| | 6167 | Frito Lay Cheese Crunchy 2 oz. | 5 | $1.40 |
| | 6171 | Hot & Spicy Corn Chips 12 oz. | 5 | $6.95 |
| | 6198 | Cheetos Flamin' Hot 8 oz. | 5 | $5.77 |
| | 6218 | Jalapeno Cheddar Popcorn 5 oz. ♥ | 2 | $2.78 |
| | 6348 | Hot Cheese Crunchy 9.5 oz. K ♥ | 2 | $6.50 |
| | 6680 | Hot Cheese Crunchies 4 oz. ♥ | 5 | $3.57 |
| **Candy** | 2529 | Jelly Belly - SF Sours 2.8 oz. | 5 | $2.99 |
| | 4000 | M&M Plain | 5 | $2.69 |
| | 4001 | M&M Peanut | 5 | $2.69 |
| | 4004 | Baby Ruth | 5 | $2.73 |
| | 4005 | Butterfinger K | 5 | $2.73 |
| | 4010 | Snickers Bar K | 5 | $2.69 |
| | 4013 | Milky Way Candy Bar K | 5 | $2.69 |
| | 4015 | Nestle Crunch K ♥ | 5 | $2.73 |
| | 4031 | Twix K | 5 | $2.69 |
| | 4032 | 3 Musketeer Bar K | 5 | $2.69 |
| | 4035 | Reese's Peanut Butter Cup K | 1 | $2.71 |
| | 4036 | Hershey's Plain Candy Bar | 5 | $2.71 |
| | 4037 | Hershey's Almond K | 5 | $2.71 |
| | 4043 | Snickers Almond Bar ♥ | 5 | $2.69 |
| | 4155 | Sugar Free Wild Fruit 1.75 oz. | 3 | $3.07 |
| **Cards** | 1393 | Vending Card $10.00 | $40/week | $12.50 |
| | 1394 | Vending Card $20.00 | + handling | $22.50 |
| | 9891 | $10 Debit Phone Account (Cardless) | $60/week | $10.75 |
| | 9892 | $20 Debit Phone Account (Cardless) | + handling | $20.75 |
| **Stationary** | 1001 | Large Stamped Envelope | 5 | $0.72 |
| | 1013 | Standard Envelope 50 pack | 1 | $2.85 |
| | 1015 | Manilla Envelope | 1 | $0.77 |
| | 1050 | Stamps - Book of 10 | 2 | $6.30 |
| | 1060 | Letter Pad 8 1/2" X 11" | 3 | $1.61 |
| | 1070 | Sketch Pad 8 1/2" X 11" | 5 | $6.17 |
| | 1072 | Document File | 1 | $2.65 |
| | 1101 | Juvenile Birthday Card | 5 | $2.21 |
| | 1103 | Birthday Card | 5 | $2.21 |
| | 1109 | Friendship Card | 5 | $2.21 |
| | 1120 | Thank You Card | 5 | $2.21 |
| | 1121 | Seasonal Greeting Card | 5 | $2.21 |
| | 1300 | Playing Cards | 1 | $3.07 |
| | 1305 | Pinochle Playing Cards | 1 | $3.09 |
| | 9492 | Notebook Paper * (15 Sheets) | | $0.90 |

05/25/23

## Los Angeles County
## TTCF High Observation Housing Menu

| Item # | Description | Qty Limit | Price |
|---|---|---|---|
| 0400 | Irish Spring Regular Soap 3.2 oz. | 1 | $1.45 |
| 0402 | Freshscent Soap 1.5 oz. | 1 | $0.64 |
| 0440 | Dove Soap 3.15 oz. | 1 | $2.72 |
| 0444 | Neutrogena Soap 3.5 oz. | 1 | $5.53 |
| 0518 | Colgate Toothpaste 1 oz. | 1 | $2.25 |
| 0595 | Effergrip Denture Adhesive | 1 | $5.99 |
| 0779 | Flosser | 1 | $3.95 |
| 0271 | Blistex | 1 | $3.73 |
| 0855 | Ponytail Holder * | 2 | $0.38 |
| 0120 | Lady Speed Stick Antiperspirant * | 1 | $5.99 |
| 1650 | Women's Underwear Small - Size 6 | 1 | $5.60 |
| 1651 | Women's Underwear Medium - Size 8 | 1 | $5.60 |
| 1652 | Women's Underwear Large - Size 10 | 1 | $5.60 |
| 1653 | Women's Underwear XLarge - Size 11 | 1 | $5.60 |
| 5314 | Wet & Wild Black Orchid Lipstick * | 1 | $2.10 |
| 5318 | Wet & Wild Light Fushia Lipstick * | 1 | $2.15 |
| 5331 | Wet & Wild Light Berry Frost Lipstick * | 1 | $2.15 |
| 5341 | Wet & Wild Just Garnet Lipstick * | 1 | $2.15 |
| 5940 | Wet & Wild Breeze Lipstick * | 1 | $2.15 |

*Hygiene* / *Female Section Only*

| Item # | Description | Qty Limit | Price |
|---|---|---|---|
| 0675 | Hall's Cough Drops | 1 | $1.08 |
| 0821 | Palm Brush | 1 | $1.00 |
| 1086 | Pocket Dictionary | 1 | $4.54 |
| 1087 | Spanish/English Dictionary | 1 | $3.10 |
| 1992 | 20 oz. Styrofoam Cup | 1 | $0.23 |
| 8912 | Eyeglasses Indigent 1.25 * | 1 | $4.75 |
| 8913 | Eyeglasses Indigent 1.50 * | 1 | $4.75 |
| 8914 | Eyeglasses Indigent 1.75 * | 1 | $4.75 |
| 8918 | Eyeglasses Indigent 2.00 * | 1 | $4.75 |
| 8919 | Eyeglasses Indigent 2.25 * | 1 | $4.75 |
| 8920 | Eyeglasses Indigent 2.50 * | 1 | $4.75 |
| 9804 | Haircut Indigent * | 1 | $2.00 |
| 9806 | Indigent Kit "No Razor" | 1 | $4.44 |
| 9808 | Hygiene Maintenance No Razor Indigent Kit | 1 | $1.34 |

*Misc.* / *Indigent Kits*

### Releases and Transfers

**Any inmate released or transferred** to another agency, prison, or county jail prior to receiving their order must call KCN at 866-800-0582. Inmates have 14 days to contact KCN with their correct mailing address. KCN will not ship orders to another agency, prison, or county jail.

**Debit Phone Account (Cardless) are non-transferable** to State prison and can only be used in LA County jail facilities. No refunds will be issued. Once an inmate is released from an LA County jail facility, remaining phone time balance can be used to make phone calls on the outside like a regular calling card.

### Items marked with an asterisk*

* If you order an item which is not available for your facility, it will not be delivered.

### ORDERS ARE SUBJECT TO POSTED COMMISSARY RULES

- Weekly inmate spending limit is $195.00. This includes a limit of $60.00 in Debit Phone Account (Cardless) plus handling fees and $40.00 in Vending cards plus handling fees.
- One Web Order allowed per week. Maximum spending limit is $68.00. This spending limit is separate from commissary.
- Total cost of your order will be deducted from your trust account.
- The current 9.5% Sales Tax will be added to applicable items.
- We reserve the right to limit orders.
- Hygiene Maintenance Kits, Indigent Kits, Indigent eye glasses and Indigent haircuts received from KCN will be charged to your account if and when you have a balance in your trust fund account. Inmates will be considered indigent when their account balance reaches $2.00 or less.

### Storage of Inmate Personal Effects/County Property

All inmates within any Custody Division Facility **shall** store all personal and county issued property with the exception of a sheet and blanket, in an inmate property bag. **All property (excluding bedding) must fit inside one inmate property bag, any excess property will be considered contraband. The inmate shall be given the choice of which property they wish to dispose of without compensation.** The only exception applies to pro per inmates which may request additional bags to store their legal paperwork.

4.71
7.50
18.51
5.7
18.12

COURT MENTAL HOLLYWOOD
CASE# ZM083692
12-21-24

1   JUDGE: CAVALLUZZI DEPT. 103
2   I SALVADOR ESTRADA MONTERO CASE WRIT COMPETENT
3   PROCLAIM PRESS CRUCIAL SOLUTION FOR SCAPE REVIEW LESS NESZ
4   REVERSAL I DIALOGUE INSTANTNESS VIOLATION ABIANTS MY BASE
5   CONCRETE FUNDAMENT AND CONSTITUTIONAL FOR PLANIFICATION MY
6   HUMANS RIGHTS LOS ANGELES COUNTY PUBLIC DEFENDE OFFICE
7   DO WEAK REPRESENT AND TRIAL WITH FALSE ACCUSATION
8   FALSE CHARGES SOCIOLOGICAL JURISPRUDENCE UNDER JURISPRUDECE
9   111— OVERHERE INSTANTNESS DOCTOR PALMER AND ALL FACILITY
10  DESITION IT'S INDICTMENT INSUBORDINATION INSUBORDINATE TANGIBLE
11  INTANGIBLE EXTORTION DO FRAUD ROBETY CORRUPTION INSTANTNESS
12  AGAINTS VIOLATION MY BASE CONCRETE FUNDAMENT AND CONS-
13  TITUTIONAL FOR PLANIFICATION MY HUMANS RIGHT THAT IT'S FAMILIAR
14  AND I DON'T SICKING BUD DOCTOR PALMER GIVE ME INJETION
15  AND MEDICINE AND THAT I DON'T NEED MEDICINE MAKE SIDE
16  EFFECT AND INJETION JAWS SORE FOR INJETION AND I HAVE MY
17  MUCLES HARD FOR INJETION OR MEDICINE THAT INJETION AND MEDICINE
18  MAKE ME SICK AND I DON'T ACCETP ANY PROGRAM BECAUSE VIOLATION
19  INSTANTNESS ABIANTS DO RETARATION RE-ENTRY RESIDENCE
20  BECAUSE IT'S INHUMANE UNCONSTITUTIONAL INSTANTNESS DO
21  INDICTMENT, INSUBORDINATION, INSUBORDINATE, EXTORTION, CONPIRATION,
22  INDENTIFY THEFT, IMFORMATION THEFT, EXPIONAGE ALTERATION DOCUMEN
23  FALSE PAPER, FALSE POLICY, FALSE LICENSED, FALSE RULE, INSTANTNE
24  FRAUD, ROBETY CORRUPTION, FOR COMMUN LAW INSTANT AGIANTS
25  VIOLATION MY FUNDAMENT CONSTITUTIONAL FOR HUMANS RIGHTS
26  I WANT TO PROVE MY INNOCENT AND CCV COURT FOR MY CASE CRIMINAL
27  BECAUSE L.A.P.D. INSTANTNESS ABIANTS DO FALSE ACCUSATION
28  FALSE CHARGES 245 (A) (4) P.C I WANT TO PROVE MY INNOCENT

CV-127 (09/09)    WRIT    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

FRIDAY NOV. 22 2024

1
2  D.P. DEBORA HEDY BALTA
3  CASE WRIT PROCLAIMATION FOR POTENCIAL REVIEWLESS REVERSAL
4  THIS CASE CRIMINAL INDICTMENT, INSURBODINATION, EXTORTION,
5  CONSPIRATION, MISCONDUCT, BAD CONDUCT, CORRUPTION, FOR DOCTOR AND
6  ALL FACILITY'S BECAUSE LOS ANGELES COUNTY PUBLIC DEFENDE
7  OPICE DO WEAK REPRESENT AND MY TRIAL FOR FALSE ACUASATION
8  FALSE CHARGES 245 (1) (A) P.C AND MY CASE BRIBERY AGIANEST
9  OVERHERE FOR DOCTOR DESICION TANGIBLE AND I DON'T SICKING
10 AND DOTOR GET ME MEDICINE AND INJETION I DON'T NEED
11 THAT DOCTOR VIOLATION AGIANEST MY FUNDAMENT CONSTITUTIONAL
12 HUMANS RIGHTS THIS PLACE MAKE ME SICK
13 I M DON'T ACCEPT ANY PROGRAM — NELIGENT MEDICAL
14 MEDICINE MAKE ME SIDE EFFECF
15 JAWS SORE FOR INJETION
16 I READY TO EMFROM THIS MASTTER IN THE LAW AND
17 CCU CRIMINAL COURT FOR MISCONDUCT AND BAD PRATIC IN THE LAW
18 CASE BA562691 AND MENTAL COURT CASE ZM083692
19 CASE WRIT PROCLAIMATION TO SEND ME BACK TO CCU
20 CRIMINAL COURT FOR PROVE MY INNOCENT — GIVE ME
21 AS SOON AS POSSIBLE SPEED TRIAL —
22 I WANT TO SEE PSYCHIATRYC FOR EVALUATION CONPETENT
23 RESPECFULL
24 RE: SALVADOR ESTRADA MONTERO
25
26
27
28

*Page Number*

WRIT MOTION TO MOTION MANDAMAUS ORDENRED ACTION

SUPERIOR COURT OF LOS ANGELES

1-23-25

CASE # ZM083692

1. CASE WRIT PROCLAMATION PRESSCRUCIAL EXTRAPOTENCIAL SOLUTION
2. SOCIOLOGYCAL JURISPRUDENCE UNDER JURISPRUDENCE CRIMINOLOGY
3. REVIEWLESSNESZ REVERSAL BECAUSE AGANST VIOLATION MY BASE CONCRETE
4. FUNDAMENT CONSTITUTIONAL FOR HUMANS AND NATURAL RIGHTS THAT DO
5. LOS ANGELES COUNTY PUBLIC DEFENDE OFICE DO WEAK REPRESENT AND A
6. FALSE TRIAL WITH FALSE ACUSATION AND FALSE CHARGES FOR L.A.P.D
7. 245 (A) (1) P.C I DON'T DO ANYTHING BUD THEY ARREST ME FOR NOTHING
8. KNOW I'AM OVERHERE INNOCENT AND INSTANTNESS AGAINST VIOLATION OUR
9. BASE CONCRETE FUNDAMENT CONSTITUTIONAL FOR HUMANS AND NATURAL
10. RIGHTS THIS IS FAMILIAR INSTANT AGAINST VIOLATION MY CONSTITUTIONAL
11. HUMANS AND NATURAL RIGHTS DR PALME AND ALL FACILITY BE
12. TANGIBLE INTANGIBE WRIT ERRONEOUS INDICTMENT INSUBORDINATIOR
13. CRIMINOLOGY EXTORTION CONSPIRATION BAD CONDUCT THEY DESICION
14. WITH THEM MAKE BECAUSE I'M DON'T BE SICKING AND DR. PALMER
15. GIVE ME MEDICINE AND INJETION I HAVE MY MUSCLE WITH PAIN FOR
16. THE MEDICINE KNOW I WANT TO PROVE MY INNOCENT AND CCU CRIMINAL
17. COURT I READY TO EMFROM THIS MASTTER IN THE LAW BECAUSE LA.P.D
18. PULL ME FALSE ACUSATION FALSE CHARGES JUDGE I WANT TO PROVE
19. MY INNOCENT SEND ME BACK TO CCU CRIMINAL COURT TO FIGHT MY
20. CASE CRIMINAL AND PROVE MY INNOCENT AS SOON AS POSIBLE I DON'T
21. ACCEPT ANY PROGRAM THIS IS HINUMANE ILLEGAL UNCONSTITUTIONAL
22. WRIT ERRONEOUS TANGIBLE INTANGIBE FOR RESTARATION RE-ENTRY
23. RESIDENCE BECAUSE INSTANTNESS AGAINST VIOLATION OUR BASE CONCRETE
24. FUNDAMENT FOR PIANIFICATION OUR CONSTITUTIONAL HUMANS AND NATURAL
25. RIGHTS THEY DO WRIT INDICTMENT CRIMINOLOGY INSUBORDINATION
26. CONSPIRATION EXTORTION INSTANT FRAUD AND ROBETY FOR THE COMMUNT
27. LAW WITH THEY REPRESENT IN THE FACILITY INSTANT DO VIOLATION AND
28. HIGH LEVEL MISCONDUCT FALSE RULE FALSE POLICY FALSE LICENSED

PAGE 1 TO 2    1

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1-23-25

1. INDENTIFY THEFT  IMFORMATION THEFT FALSE PAPER ALTERATION
2. DOCUMENT BAD CONDUCT BAD PRATIC IN THE LAW THIS IS
3. CRIMINOLOGY  CORRUPTION DICIPLINARY ACTION
4.
5. THIS LETTER GOING TO BE DEBUT FOR LAWSUIT FULL
6.
7.    SECTION CODE (EVIDENCE GGG)
8.
9.    ACTION DUE TO THE FLAG
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25. I REPECFULL WITH ALL MY HOPE
26. RE: SALVADOR ESTRADA MONTERO
27.    Salvador E Montero
28.

2
*Page Number*

COUNTRIES-ofthe-WORLD.COM

Main Menu                                    Sections

# Alphabetical list of countries of the world

The independent country is not only a self-governed nation with its own authorities, but this status needs the international diplomatic recognition of sovereignty.

Thereby, we can say that the total number of independent states in the world today is 197, including 193 fully recognized members of the United Nations and 2 countries, Vatican City and Palestine, have the status of permanent observers in the UN. The other 2 states we include in the list are Kosovo (recognized by 101 UN members) and Taiwan (recognized by 12 UN members and one UN observer).

The always up-to-date list of all countries of the world in alphabetical order

## A
Afghanistan

Albania

Algeria

Andorra

Angola

Antigua and Barbuda

Argentina

Armenia

Australia

Austria

Azerbaijan

## B
Bahamas

Bahrain

Bangladesh

Barbados

Belarus

Belgium

Belize

Benin

Bhutan

Bolivia

Bosnia and Herzegovina

Botswana

Brazil

Brunei

Bulgaria

Burkina Faso

Burundi

## C

Cabo Verde

Cambodia

Cameroon

Canada

Central African Republic

Chad

Chile

China

Colombia

Comoros

Congo, Democratic Republic of the

Congo, Republic of the

Costa Rica

Cote d'Ivoire

Croatia

Cuba

Cyprus

Czechia

## D

Denmark

Djibouti

Dominica

Dominican Republic

## E

Ecuador

Egypt

El Salvador

Equatorial Guinea

Eritrea

Estonia

Eswatini

Ethiopia

## F

Fiji

Finland

France

## G

Gabon

Gambia

Georgia

Germany

Ghana

Greece

Grenada

Guatemala

Guinea

Guinea-Bissau

Guyana

## H

Haiti

Honduras

Hungary

**I**

Iceland

India

Indonesia

Iran

Iraq

Ireland

Israel

Italy

**J**

Jamaica

Japan

Jordan

**K**

Kazakhstan

Kenya

Kiribati

Kosovo

Kuwait

Kyrgyzstan

**L**

Laos

Latvia

Lebanon

Lesotho

Liberia

Libya

Liechtenstein

Lithuania

Luxembourg

## M

Madagascar

Malawi

Malaysia

Maldives

Mali

Malta

Marshall Islands

Mauritania

Mauritius

Mexico

Micronesia

Moldova

Monaco

Mongolia

Montenegro

Morocco

Mozambique

Myanmar

## N

Namibia

Nauru

Nepal

Netherlands

New Zealand

Nicaragua

Niger

Nigeria

North Korea

North Macedonia

Norway

## O

Oman

## P

Pakistan

Palau

Palestine

Panama

Papua New Guinea

Paraguay

Peru

Philippines

Poland

Portugal

## Q

Qatar

## R

Romania

Russia

Rwanda

## S

Saint Kitts and Nevis

Saint Lucia

Saint Vincent and the Grenadines

Samoa

San Marino

Sao Tome and Principe

Saudi Arabia

Senegal

Serbia

Seychelles

Sierra Leone

Singapore

Slovakia

Slovenia

Solomon Islands

Somalia

South Africa

South Korea

South Sudan

Spain

Sri Lanka

Sudan

Suriname

Sweden

Switzerland

Syria

## T

Taiwan

Tajikistan

Tanzania

Thailand

Timor-Leste

Togo

Tonga

Trinidad and Tobago

Tunisia

Turkey

Turkmenistan

Tuvalu

## U

Uganda

Ukraine

United Arab Emirates (UAE)

United Kingdom (UK)

United States of America (USA)

Uruguay

Uzbekistan

## V

Vanuatu

Vatican City (Holy See)

Venezuela

Vietnam

## Y

Yemen

## Z

Zambia

Zimbabwe

**READ NEXT**

Top 100 largest countries by area

Top 100 smallest countries by area

Privacy and Disclaimer   Cookies Policy   Contact us

© 2008–2024, www.countries-ofthe-world.com

COUNTY OF LOS ANGELES – DEPARTMENT OF MENTAL HEALTH
PATIENTS' RIGHTS OFFICE

Confidential Client Information: See Welfare and Institutions Code
Section 5328

### BENEFICIARY/CLIENT GRIEVANCE OR APPEAL AND AUTHORIZATION FORM

You may file a GRIEVANCE at any time.
You may authorize another person to act on your behalf.

You have the right to file an APPEAL with the Patients' Rights Office or
to request a STATE FAIR HEARING when the Local Mental Health Plan:

1. Denies or limits authorization of a requested service;
2. Reduces, suspends, or terminates a previously authorized service;
3. Denies, in whole or in part, payment for a service;
4. Changes services or fails to provide them in a timely manner;
5. Fails to act within the timeframes for disposition of standard
   grievances, the resolution of standard appeals or the resolution of
   expedited appeals.

Only clients who are Medi-Cal recipients and who have completed the
MHP's Appeal process may request a State Fair Hearing.

### Person Filing the Grievance or Appeal

| ESTRADA MONTERO | SALVADOR | 2-4-1970 | |
|---|---|---|---|
| LAST NAME | FIRST NAME M.I. | BIRTH DATE MEDI-CAL # | |

T.T.C.F. 172 A - POD CELL 2

| 1615 ALVARADO ST | LA | CA | 90059 | 213 496 9837 |
|---|---|---|---|---|
| ADDRESS | CITY | STATE ZIP | HOME PHONE | |

### Grievance or Appeal Filed Against

COUNTY OF LOS ANGELES BOARDS OF SUPURVISORS

NAME OF FACILITY/PROVIDER/PROGRAM          PHONE

| 510 SOUTH VERMONT AVENUE | LA | CA | 90020 |
|---|---|---|---|
| ADDRESS | CITY | STATE ZIP CODE | |

Page 1 of 4 (over)

## BENEFICIARY/CLIENT GRIEVANCE/APPEAL & AUTHORIZATION FORM
### (Continued)

You will not be subject to discrimination or any other penalty for filing a grievance or appeal. Your confidentiality will be protected at all times in accordance with State and Federal law.

### DESCRIPTION OF GRIEVANCE or APPEAL: (Please submit any supporting written documents with the Grievance or Appeal. Use additional sheets if needed.)

IN PRO PER: 8/26/23 EMERGENCY T.T.C.F. D.M.H DR WOOD HAVE BAD SUPERVISE BAB POLICY NELEGENT EDICAL PSYCHOLOGYCAL DAMEGE IRREVERSIBLE I HAVE KNOW INSTANT AND THIS PLACE MAKE ME SICK I HAVE MOTION DISTRESS ANXIETY DEPRESION BECAUSE 8/24/23 L.A.S.D. TAKE ME TO WRONG COURT TO HOLLYWOOD ENTAL COURT AND 8/25/23 DEPETY KUNZ FOR NORTH S.D WHEN I TRAY TO SEND MY LEGAL MAIL TO JUDGES - V CRIMINAL COURT TO L.A. DEPETY KUNZ BE MAD REAL ANGRY PULL ME OUTSIDE FOR 3D POD FOR NORTH S.D INSTANT KE ME TO (HOLL) YES BECAUSE I TRAY TO SEND MY LEGAL MAIL DEPETY KUNZ HAD BAD CONDUCT 8/26/23 SERG: IERANCE - DMH DR FOR NORTH S.D. HAD BAD CONDUCT BAD POLICY BAD SUPERVISE NELIGENT MEDICAL BECAUSE SEND E TO T.T.C.F. - D.M.H. INSTANT I BE AND (GOWN) THIS IT'S CRIMINAL.ORG. YES BECAUSE I TRAY TO SEND MY GAL MAIL INSTANT PULL ME AND (GOWN) THIS IT'S WRIT INDIMENT CONPIRACY WRIT INSUBORDINATE UN TORTIOU CORRUPTION VIOLATION MY CONSTITUTIONAL HUMANS RIGHTS STOP-STOP RAW KNOW JUDGE FO ENTAL COURT TRAY TO TAKE ME TO (MSH) KNOW THIS PROBLEM MAY ME SICK INSTANT T.T.C.F-D.M R WOOD PULL ME 2 INJETION AND GEVA ME PILL ZEPRESA INSTANT MAY THE PSYCHOLOG/CAL DAMEGE :REVERSIBLE YES KNOW I WANT TO PLEA MY CONSTITUTIONAL HUMANS RIGHT TO PROBE M INOCENT I IFSELFLESS DEFENSE(LESS INNOCENT NAÏVE ( 1111— ) D.A. 111— D.P. / 9872 P.C

Salvador E. Montero                                     10-28-23
**Signature of Client/Client's Representative**          **Date**

Salvador E. Montero    RULE 11    RULE 615
**If signed by client's personal representative,**
**state relationship and authority to do so.**

**Please read and sign the Authorization for Use and Disclosure of Health Information on pages 3 and 4 which gives permission to the Los Angeles County – Department of Mental Health, Patients' Rights Office to investigate your Grievance or Appeal.**

**BENEFICIARY/CLIENT GRIEVANCE/APPEAL & AUTHORIZATION FORM**
(Continued)

**Authorization Approval:** By signing this form, I authorize the use or disclosure of the health information described above. I understand that my health information used or disclosed as a result of my signing this Authorization may not be further used or disclosed unless another authorization is received from me or such use or disclosure is specifically permitted or required by law.

*Salvador E Montero*                      *10-28-23*
**Signature of Client/Client's Representative**        **Date**

*Salvador E Montero   I  IFSELFLESS DEFENSELESS    RULE 11*
**If signed by client's personal representative,
state relationship and authority to do so.**

**YOU HAVE THE RIGHT TO FREE LANGUAGE ASSISTANCE SERVICE.**

**CALL THE PATIENTS' RIGHTS OFFICE FOR ASSISTANCE AT:**

**NON-HOSPITAL GRIEVANCES/APPEALS- (213) 738-4949
HOSPITAL GRIEVANCES/APPEALS - (800) 700-9996 or (213) 738-4888**

- ◆ **Did you complete the information requested on the form?**
- ◆ **Did you list your phone number and address where we can contact you?**
- ◆ **Did you sign both the Grievance or Appeal section on page 2 and the Authorization section on this page?**

Please mail to:

County of Los Angeles – Department of Mental Health
Patients' Rights Office
510 South Vermont Avenue
Los Angeles, CA 90020

Please don't forget a postage stamp.

Page 4 of 4

1    FRIDAY NOV. 22 2024

2    D.P. DEBORA HEDY BALTA

3    CASE WRIT PROCLAIMATION FOR POTENCIAL REVIEWLESS REVERSAL

4    THIS CASE CRIMINAL INDICTMENT, INSURBODINATION, EXTORTION,

5    CONSPIRATION, MISCONDUCT, BAD CONDUCT, CORRUPTION, FOR DOCTOR AND

6    ALL FACILITY'S BECAUSE LOS ANGELES COUNTY PUBLIC DEFENDE

7    OFICE DO WEAK REPRESENT AND MY TRIAL FOR FALSE ACUASATION

8    FALSE CHARGES 245 (1) (A) P.C AND MY CASE BRIBERY AGIANEST

9    OVERHERE FOR DOCTOR DESICION TANGIBLE AND I DON'T SICKING

10   AND DOTOR GET ME MEDICINE AND INJETION I DON'T NEED

11   THAT DOCTOR VIOLATION AGIANEST MY FUNDAMENT CONSTITUTIONAL

12   HUMANS RIGHTS THIS PLACE MAKE ME SICK

13   I'M DON'T ACCEPT ANY PROGRAM — NELIGENT MEDICAL

14   MEDICINE MAKE ME SIDE EFFECT

15   JAWS SORE FOR INJETION

16   I READY TO EMFROM THIS MASTTER IN THE LAW AND

17   CCU CRIMINAL COURT FOR MISCONDUCT AND BAD PRATIC IN THE LAW

18   CASE BA562691 AND MENTAL COURT CASE 2MO83692

19   CASE WRIT PROCLAIMATION TO SEND ME BACK TO CCU

20   CRIMINAL COURT FOR PROVE MY INNOCENT — GIVE ME

21   AS SOON AS POSSIBLE SPEED TRIAL —

22   I WANT TO SEE PSYCHIATRYC FOR EVALUATION CONPETENT

23   RESPECFULL

24   RE: SALVADOR ESTRADA MONTERO

25

26

27

28

_____
*Page Number*

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

WRIT MOTION TO MOTION MANDAMAUS ORDENRED ACTION

 **The State Bar**
*of California*                              **OFFICE OF CHIEF TRIAL COUNSEL**

845 S. Figueroa Street, Los Angeles, CA 90017        213-765-1486        atlas.demarco@calbar.ca.gov

December 20, 2024

Salvador Montero
439 1/2 Witmer
Los Angeles, CA 90017

RE:    Case Number:        24-O-27319
       Respondent:         Walter Martinez

Dear Salvador Montero:

This acknowledges the State Bar of California's receipt of your complaint against Walter
Martinez.

Please be advised that Walter Martinez was disbarred by the California Supreme Court effective
February 28, 2015. Therefore, Walter Martinez is no longer entitled to practice law in the State
of California. Accordingly, the State Bar no longer has disciplinary jurisdiction over Walter
Martinez and does not have authority to investigate the matter of which you complained.

California lawyers have established the Client Security Fund ("CSF") to reimburse certain
monetary losses due to attorney dishonesty. You may wish to contact CSF at (213)765-1140 for
more information, or access its webpage through the State Bar's official website at
www.calbar.ca.gov. Applications for reimbursement must be submitted directly to CSF and
related questions should be directed to CSF. The Office of Chief Trial Counsel does not receive,
review or consider CSF applications for reimbursement.

Please be aware that CSF has a very large volume of applications pending. The process of
reviewing and processing applications is quite lengthy and presently it cannot predict how long
it might be until a decision is made on your application. CSF informs us that while applications
are generally handled in the order they are received by them, and all applications are given a
full and fair review, there is no guarantee that your matter will qualify for reimbursement.

We would appreciate if you would complete a short, anonymous survey about your experience
with filing your complaint. While your responses to the survey will not change the outcome of

San Francisco Office
180 Howard Street
San Francisco, CA 94105                    www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

Salvador Montero
December 20, 2024
Page 2


the complaint you filed against the attorney, the State Bar will use your answers to help improve the services we provide to the public. The survey can be found at https://www.surveymonkey.com/r/HJGKWY7.

Thank you for bringing this matter to the attention of the State Bar. We regret that we are unable to assist you.

Sincerely,

Atlas De Marco
Trial Counsel


AD



# The State Bar
## *of California*

**OFFICE OF CHIEF TRIAL COUNSEL**

845 South Figueroa Street, Los Angeles, CA 90017

800-843-9053
Fax: 213-765-1168

## Attorney Misconduct Complaint Form

### Your Information

| | |
|---|---|
| Title: CASE WRIT PROCLIAM SOLUTION CASE WRIT TERMED IN THE LAW FOR BAD PRACTICIN LAW MISCONDUCT INSURBODINATIO INDICTMEN | |
| First Name: SALVADOR | Middle Name: ESTRADA |
| Last Name: MONTERO | |
| Address: 439 ½ WITMER | |
| City: LOS ANGELES | State: CALIFORNIA  Zip Code: 90017 |
| Email: | |
| Home Phone: | Work Phone:  Cell Phone: |

If you prefer to communicate by email, please provide an email address. Complaints are confidential unless charges are filed. So that we may promptly communicate with you, please provide an email address to which you have exclusive access is not share with others.

### Attorney's Information

| | |
|---|---|
| First Name: WALTER | Middle Name: MARTINEZ |
| Last Name: | |
| Address: 188ᴺ EUCLID AVE | |
| City: | State:  Zip Code: |
| Email: | CA Bar License #: |
| Primary Phone: 909 949 4487 | Other Phone: |
| Cell Phone: | Website: |

### Complaint Information

To better achieve the State Bar's mission to protect the public, please answer the following questions:

**Have you or a member of your family complained to the State Bar about this attorney previously?**

☒ Yes    ☐ No

**Did you hire this attorney?**

☒ Yes    ☐ No

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

Does this complaint involve allegations of theft?

☒ Yes          ☐ No

Does this complaint involve allegations of attorney misconduct where a person 65 years of age or older was victimized?

☒ Yes          ☐ No

Does this complaint involve allegations of attorney misconduct where a person who is incapacitated, infirm, disabled, incarcerated, an immigrant, or a minor was victimized?

☒ Yes          ☐ No

Does this complaint involve allegations that the attorney has abandoned a client?

☒ Yes          ☐ No

Are you an attorney?

○ Yes          ⊗ No

If you are an attorney:

Does this complaint involve allegations against an opposing counsel?

⊗ Yes          ○ No

Are you filing this complaint based on your duty to report professional misconduct under Rule of Professional Conduct 8.3?

⊗ Yes          ○ No

## Statement of Complaint

Include with your submission a statement of what the attorney did or did not do that is the basis of your complaint. Please state the facts as you understand them. Do not include opinions or arguments. If you hired the attorney(s), state what you hired the attorney(s) to do. Additional information may be requested. CASE WRIT MANDAMUS EXTRAJUDICIAL CHARGES PENAL PENALTY INTEREST REVIEWLESSNESS REVERSAL ATTORNEY WALTER MARTINEZ FOR WEAK REPRESENT, BAD PRATIC IN THE LAW, MISCONDUCT, INSURBODINATION, EXTORTION CONPIRATION, DISHONESTY, ACTED WITH NELIGENT, INCOPETENT, INDENTIFY THEFT, IMFORMATION THEFT, CORRUPTION, CASE ABANDONED, FOR WORKERS COMP. FOR MY LOWER BACK INJURY BASE AND THE REPRESENT WITH DO AND MY CASE I HAVE SERRIOUS PROBLE AND MY LIFE I SEPARE THE MY DAUGHTER WHEN SHE BE 7 YEAR OLD LOST PROPETY WRIT OBSECION PSYCHOLOGICAL DAMEGE IRREVERSIBLE WRIT PROCLAIM WHITH WRIT TERMED IN THE LAW, WRIT REPLEVIN IN THE DETINET, TERMED DUPLICATE TAXATION, TERMED FONS JURIS WRIT PLEADING TO THE MERITS, ETHNOLOGICAL JURISPRUDENSE CASE WRIT TERMED IN THE LAW REAL LEGALI READY TO EMFROM THIS MASTTER IN THE LAW BECAUSE THE REPRESENT WITH DO A.B.A., O.C.T.C, C.S.F. ILLIGAL ALL ACCLAIMS UNCONSTITUTIONAL FOR THE COMMUN LAW WITH REPRESENT ALL PAPTIE AND ATTORNEYS GENERAL AND THE RECORD 111 — HAS A PUBLIC RECORD COMMITTED MALPRATIC DISIPLINE, INSURBODINATION, EXTORTION, CONSPIRATION, EXPLOITIVE, EXPIONAGE, DISHONESTY, ACTED WITH NELIGENT, INCOPETENT, FALSE RULE, FELSE FILED, FALSE LICENSE, FALSE POLICY, INDENTIFY THEFT, IMFORMATION THEFT, FALSE DUCUMENT, ALTERATION PAPER, ACTION DUE TO THE FLAG KNOW I BE AND BANKRUCT FRAUD UNDER FRAUD CRIMINAL OFENSE WRIT PROCLIAM WRIT REPLEVIN IN THE DETINET EXTRAJUDITICIAL REVIEWLESSNESZ REVERSAL FOR CHARGES BAD PRATIC IN THE LAW MISCONDUCT INDICTMENT, INSURBODINATION, BAD CONDUCT CORRUPTION,

CASE WRIT MOTIONTO MATIAN PROCLAIM EXTRAJUDICIALMANDAMUS ORDENRED ACTION CHARGES

## Related Court Case Information (If known) CASE ABANDONED POWER ATTORNEY

**Name of Court:** SUPERIOR COURT OF STATE CALIFORNIA COUNTY L.A. — **Case Name:** BC606828 BWB I O FILE NO. B35.031

**Case Number:** ADJ 2352416    POMONA WORKERS COMP. — **Approx. date case was filed:** 1/29/99

**Size of law firm complained about:** WRIT EXTRAJUDICIAL POTENCIAL PROCLIAM FIND COURT DATE CASE IN THE LAW

**If you are not a party to this case, what is your connection with it? Explain briefly.** WRIT PROCLIAM CROSS OBSECION FOR ABANDONED MY CASES ATTORNEY: WALTER MARTINEZ AND 1-29-99 I'AM HIRE FOR REPRESENT ME AND MY CASE FOR MY INCIDENT FOR WORK AND 2002 JUDGE FIND THAT ATTORNEY DO MISCONDUCT, BAD CONDUCT, ACTED WITH NELIGENT, INCOMPETEN EXTORTION, CONPIRATION, EXPLOITIVE, INSURBODINATE, INSURBODINATION, CORRUPTION, SCUITURAL PHRASE WITH CASE NO. BC606828 THIS IS ANOTHER ATTORNEY WHAT I AM HIRE 2015 FOR REPRESENT ME AND A NEW CASE: JYA PATROL EDGAR RODRIGUEZ OUR LADY QUEEN OF LOS ANGELES LA PLASITA AND DOES 1 TO 25 BOTH ATTORNEYS DO MISCONDUCT INSURBODINATION BAD PRACTIC IN LAW WEAK REPRESENT, EXPLOITIVE, CONSPIRATION, EXPIONAGE, FRAUD, ROBETY, INDENTIFY THEFT, INFOR MATION THEFT, ALTERATION DOCUMENT, FALSE PAPER, FALSE FILED, FALSE POLICY, FALSE LICENS DISHONESTY, CORRUPTION, WRIT REPLEWIN IN THE DETINED, TERMED DUPLICATE TAXATION, WRIT PLEAD TO THE MERITS WRIT PROCLIAM SOLUTION THIS MASTTER IN THE LAW CASE WRIT IN THE LAW WE BE AND BANKRUPC FRAUD UNDER FRAUD OFENSE CRIMINAL CASE WRIT TERMED IN THE LAW
SANTION TO COPEL, EVIDENCE PUBLIC RECORD ACTION DUE TO THE FLAG

## Translation Information

☐ Not Applicable

The State Bar accepts complaints in over 200 languages. If you need translation services to communicate with the State Bar, please let us know by completing this section of the complaint form. We will communicate with you through a translation service in the language of your choice. **Do you need translation services?**

☒ Yes    ☐ No

Please state the language in which you need formal translation:

The State Bar's mission is to protect complainants regardless of their immigration status. Complainants who are unable to complete this form due to disability, language restrictions, or other circumstances may obtain help by calling the complaint line at 800-843-9053.

## Submission

☒ By checking this box I certify that all information on this form is true and correct. I understand that the content of my complaint can be disclosed to the attorney. I understand that I waive the attorney client privilege and any other applicable privilege between myself and the attorney to the extent necessary for the investigation and prosecution of the allegations.

**Signature:** Salvador E Montero    **Date:** DEC 2 2024

WRIT MOTION TO MOTION PROCLIAM EXTRAJUDICIAL MANDAMAUS ORDENRED ACTION CHARGES ZERO TOLERANC

ODR PROGRAM
755$^E$ 78 ST LA CA 90001

**INTERIM HOUSING PROGRAM (IHP)**
**CLIENT GRIEVANCE PROCEDURES**
**ACKNOWLEDGEMENT**

WRIT MOTION TO MOTION
MADAMAUS ORDERED — ACTION

✗ This is to acknowledge that I have received from (*insert IHP provider / site name*)
a copy of the IHP Client Grievance Procedures effective (*insert date*).

Client Printed Name: SALVADOR ESTRADA MONTERO

Client Signature: Salvador E Montero

Date: 10-23-24

---

*FOR PROVIDER USE ONLY:*

☑ Client is unable/unwilling to acknowledge receipt of the IHP Client Grievance
Procedures effective (*insert date*) but has been provided with a copy by (*insert IHP
provider / site name*).

Client Printed Name: Salvador Montero

Staff Printed Name: Kerry Francis

Staff Signature: K Francis

Date: 11/18/24

PAGE 1 TO 2

WRIT MOTION TO MOTION MANDAMAUS ORDERED ACTION

## INTERIM HOUSING PROGRAM (IHP)
## CLIENT GRIEVANCE

### CLIENT GRIEVANCE

Describe Your Grievance: WRIT MOTION MANDAMAUS PRESSCRUCIAL OBBECION ALL FACILITY VIOLATION MY CONSTITUTION HUMANS RIGHTS DR. Palmer AND KERRY THIS PIACE MAKE ME SICKING KNOW I OVERHERE WITH FALSE ACAUSATIONS OF AQSULT WITH DUDLY WRAPON FOR CASE CRIMINAL I WANT TO PROVE MY INNOCENT I NOT GUNTY FOR L.A.P.D CHARGES 245 (1) (A) P.C AND REQUES' THAT TO SEE A PUBLIC DEFEDENT ON FALSE ACANSATIONS AND COUNTY OF LOS ANGELES FOR WEAK REPRESENT A TRAIL ON FALSE ACAUSATIONS THIS DOCUMENT BE FILED FOR RECORD OF THE CASE WITH WILL BE DOUDT WITH A LAWSUIT CASE LAW REVIEWLESS OF ACCLAIMS DETAINMENT AND FALSE ACAUSATIONS AGAINST MY FREWILL AND HUMANS RIGHTS WRIT TORT LAND CONDENATION DR. Palmer AND KERRY I NEED TO PROVE MY INNOCENT BECAUSE YOUR DESICION AND MY CASE CRIMINAL THAT IS TAGIBLE AND I DON'T ACEPT PROGRAM REVIEWLESS FOR SERRIOUS DAMEGE AND AL FACILTY DESICION NKOW I HA'V PSYCHOLOGICALY DAMEGE IRREVERCIBLE A NAIVE FOR NELIGEN MEDICAL BAD SUPERVISE BAD POLICY MISCONDUCT. BRIBERY CONPIRATION EXTORTION INCOPETE MEDICINE MAKE ME SIDE EFFECT)(eg WRIT PROCLAIM INDICTMENT MISCONDUCT ACTED WITH NELIGENT JAWS SORE FOR INJETION) INCOPETENT DESITION AGIANG VIOLATION MY HUMANS RIGHTS) INSUBORDINATION WRIT CASE TERMED IN THE LAW

Client Printed Name: SALVADOR ESTRADA MONTERO    Phone Number: 213 335 9093

Client Signature: Salvador E Montero    Date: 10-23-24

### PROVIDER RESPONSE (FOR PROVIDER USE ONLY)

Provider Response to Grievance:
AT THIS TIME, THE PROGRAM FINDS NO REASON THAT CLIENT CANT PRESENT HIS CASE/FEELINGS to his PUBLIC DEFENDER. THE PROGRAM HAS EXPRESSED to client that he is free to do what he feels is needed to prove his innocence.

Staff Printed Name: KERRY FRANCIS    Date: 11/18/24

Staff Signature: K Francis

PAGE 2