# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ESTRADA MONTERO,<br><br>v.   PLAINTIFF(S)<br><br>Donald Trump, et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:25-cv-01422-DOC-JDE<br><br>**ORDER ON REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES (NON-HABEAS CASE)** |

The Court has reviewed the Request to Proceed Without Prepayment of Filing Fees (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that Plaintiff:

☐ is not able to prepay the full filing fee.   ☐ is able to prepay the full filing fee.

☐ has not submitted enough information for the Court to tell if Plaintiff is able to prepay the full filing fee. This is what is missing:
　☐ a certified copy of a trust fund statement for the last six months.
　☐ 

**IT IS THEREFORE ORDERED** that:

☐ The Request is **GRANTED**. **Plaintiff now owes the Court the total filing fee of $350.00.** An initial partial filing fee of $_____ is due immediately; this case may be dismissed if that amount is not received by the Court within 30 days. Thereafter, monthly payments must be forwarded to the Court as provided in 28 U.S.C. § 1915(b)(2).

☐ Ruling on the Request is **POSTPONED** for 30 days so that Plaintiff has the opportunity to provide:
　☐ the missing information identified above.
　☐ authorization to disburse funds from the prison trust account.
　If Plaintiff does not provide the information or authorization within 30 days, this case may be DISMISSED without prejudice.

☒ The Request is **DENIED** because:
　☐ Plaintiff has the ability to prepay the full filing fee.
　☒ The Complaint is frivolous and meritless. Minetti v. Port of Seattle, 152 F.3d 1113, 1115 (9th Cir. 1998); 28 U.S.C. § 1915(e). The caption of the Complaint names, as written, "DONALD TRUMP AT. EL. AND DOES AGENCYS OFFICES DEPARMENT EMPLOYE ORG. CROP. A.G.A. D.A D. P L.A.P.D. I.C.E. ALL EMFORCE AGENCY AND THE NATION OUTSIDE EMPLOYE AND SUMMONS" as defendants. The body of the Complaint is incomprehensible and seeks "$1,000.000 trillion." Several Los Angeles County Sheriff's Department, County Mental Health Department, and Interim Housing forms, an alphabetical list of countries in the world, correspondence with the State Bar of California, and additional handwritten pages are attached, but the significance of these documents is not apparent. Plaintiff has had two prior cases dismissed for failure to state a claim

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, Plaintiff must do the following:
　

If Plaintiff does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ Because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☒ WITH PREJUDICE. Other than appeal related filings, no further filings are authorized in this closed case without further order by the Court.

| February 28, 2025 | _/s/ David O. Carter_ |
|---|---|
| Date | United States District Judge |