Name: SALVADOR ESTRADA MONTERO
Address: 439½ WITMER ST
City, State, Zip: L.A CA. 90017
Phone: 213 549 3879
Fax:
E-Mail:
☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

FILED
2025 APR 15 AM 10:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SALVADOR ESTRADA MONTERO

PLAINTIFF(S),

v.

DONALD TRUMP AT EL AND DOES AGENCY OFFICES DEPORMENT EMPLOYEE A.B.A D.A. D.P. L.A.P.D L.A.S.D.I.CE ALL EMFORCE AGENCY AND NATION OUTSIDE EMPLOYEE SUMMONS

DEFENDANT(S).

CASE NUMBER: 2:25-01422-DOC (JDE)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that **SALVADOR ESTRADA MONTERO** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify): (CCP § 473 (b))
RULE 60 RULE 18 RULE 615
☐ Other (specify): (ALIAS WRIT EXECUTION)

Imposed or Filed on 3/26/25. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

4/15/25
Date

Salvador E Montero
Signature
☐ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    NOTICE OF APPEAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| SALVADOR ESTRADA MONTERO, | 2:25-cv-01422-DOC-JDE |
| v.     PLAINTIFF(S) | **ORDER ON REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES (NON-HABEAS CASE)** |
| Donald Trump, et al., | |
| DEFENDANT(S) | |

The Court has reviewed the Request to Proceed Without Prepayment of Filing Fees (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that Plaintiff:

☐ is not able to prepay the full filing fee.   ☐ is able to prepay the full filing fee.

☐ has not submitted enough information for the Court to tell if Plaintiff is able to prepay the full filing fee. This is what is missing:
  ☐ a certified copy of a trust fund statement for the last six months.
  ☐ 

**IT IS THEREFORE ORDERED** that:

☐ The Request is **GRANTED. Plaintiff now owes the Court the total filing fee of $350.00.** An initial partial filing fee of $_____ is due immediately; this case may be dismissed if that amount is not received by the Court within 30 days. Thereafter, monthly payments must be forwarded to the Court as provided in 28 U.S.C. § 1915(b)(2).

☐ Ruling on the Request is **POSTPONED** for 30 days so that Plaintiff has the opportunity to provide:
  ☐ the missing information identified above.
  ☐ authorization to disburse funds from the prison trust account.
  If Plaintiff does not provide the information or authorization within 30 days, this case may be DISMISSED without prejudice.

☒ The Request is **DENIED** because:
  ☐ Plaintiff has the ability to prepay the full filing fee.
  ☒ The Complaint is frivolous and meritless. Minetti v. Port of Seattle, 152 F.3d 1113, 1115 (9th Cir. 1998); 28 U.S.C. § 1915(e). The caption of the Complaint names, as written, "DONALD TRUMP AT. EL. AND DOES AGENCYS OFFICES DEPARMENT EMPLOYE ORG. CROP. A.G.A. D.A D. P L.A.P.D. I.C.E. ALL EMFORCE AGENCY AND THE NATION OUTSIDE EMPLOYE AND SUMMONS" as defendants. The body of the Complaint is incomprehensible and seeks "$1,000.000 trillion." Several Los Angeles County Sheriff's Department, County Mental Health Department, and Interim Housing forms, an alphabetical list of countries in the world, correspondence with the State Bar of California, and additional handwritten pages are attached, but the significance of these documents is not apparent. Plaintiff has had two prior cases dismissed for failure to state a claim

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, Plaintiff must do the following:

If Plaintiff does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ Because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☒ WITH PREJUDICE. Other than appeal related filings, no further filings are authorized in this closed case without further order by the Court.

| February 28, 2025 | /s/ David O. Carter |
|---|---|
| Date | United States District Judge |

CV-73P (07/22)    ORDER ON REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES (PRISONER NON-HABEAS CASE)